JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| KAREN LaROCCO, | Case No: CV14-06169 PA(JCx) |
|---|---|
| Plaintiff, | **ORDER DISMISSING ENTIRE ACTION WITHOUT PREJUDICE** |
| vs. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | |
| Defendant. | |

The parties having stipulated that this matter has been resolved in its entirety and each side to bear their own attorneys' fees and costs, this matter is hereby dismissed *without* prejudice.

**IT IS SO ORDERED.**

Dated:  February 26, 2015

**JS-6**

HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE